# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 11, 2010

Clerk of Court
Linn County District Court
51 3rd Avenue
Cedar Rapids, IA 54201-1705

**ATTN:** Supervisor, Lower Level File Room

**RE:** **REMAND TO LINN COUNTY DISTRICT COURT**

      District Court Case Number:  CV-09-2362-PHX-JAT

      Superior Court Case Number: LACV 065899

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on January 11, 2010, remanding the above case to Maricopa County Superior Court for the State of Arizona.

      Sincerely,

      RICHARD H. WEARE, DCE/CLERK OF COURT

      S/L. Dixon
      L. Dixon, Deputy Clerk

Enclosure
cc: all counsel

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*